UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARLA GARCIA-ORANTE,

        Petitioner,

   v.

ISRAEL JACQUEZ,

        Respondent.

Case No. C19-536-RAJ

ORDER OF DISMISSAL

The Court, having reviewed Petitioner's petition for writ of habeas corpus, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's federal habeas petition (Dkt. # 3) is DENIED, and this action is DISMISSED with prejudice.

//

//

//

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Peterson.

Dated this 9th day of July, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2